UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN HINE, on Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case no. 4:17 CV 2803 RWS ) |
| SCOTTRADE, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered in this case this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Scottrade's motion to dismiss is **GRANTED** and that Plaintiff Stephen Hine's claims on behalf of himself and all others similarly situated are **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2018.